Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIUS MANOLE,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWESTERN ENERGY COMPANY, CATHERINE A. KEHR, JOHN D. GASS, GREG D. KERLEY, JON A. MARSHALL, PATRICK M. PREVOST, ANNE TAYLOR, DENIS J. WALSH III, S.P. JOHNSON IV, and BILL WAY,<br><br>    Defendants. | Case No: 1:21-cv-04101-FB-RLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Marius Manole hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: September 27, 2021                                Respectfully submitted,

                                                          **HALPER SADEH LLP**

                                                          By: /s/ Daniel Sadeh
                                                          Daniel Sadeh, Esq.
                                                          667 Madison Avenue, 5th Floor
                                                          New York, NY 10065
                                                          Telephone: (212) 763-0060

Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on September 27, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: September 27, 2021                                 /s/ Daniel Sadeh
                                                                 Daniel Sadeh